373 P.2d 535

**Alan N. AYERS, Plaintiff-Appellant,**

**v.**

**George FRANKLIN, Chief of Division of Liquor Control, Bureau of Revenue, State of New Mexico, Defendant-Appellee.**

No. 7004.

Supreme Court of New Mexico.

July 23, 1962.

David F. Cargo, Albuquerque, for appellant.

Earl E. Hartley, Atty. Gen., Boston E. Witt, Marvin Baggett, Jr., Asst. Attys. Gen., Santa Fe, for appellee.

COMPTON, Chief Justice.

This appeal presents common questions of fact and law heretofore considered in the case of Padilla v. Franklin, N.M., 372 P.2d 820. All errors complained of in this case were fully considered in the case referred to and, for the reasons set forth therein, the judgment of the lower court should be affirmed.

It is so ordered.

CARMODY and CHAVEZ, JJ., concur.

MOISE and NOBLE, JJ., not participating.